UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**TABORRA SEAMSTER**                               **DOCKET NO. 5:22-cv-4366**

**VERSUS**                                         **JUDGE S. MAURICE HICKS, JR.**

**UNITED SERVICES**
**AUTOMOBILE ASSOCIATION**                         **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #33], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #33] is **ADOPTED,** that the Motion to Dismiss for Lack of Jurisdiction by United Services Automobile Association. [doc. #26] is **GRANTED**, and that plaintiff's claims against United Services Automobile Association are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 26th day of February, 2024.

_____
**S. MAURICE HICKS, JR.**
**UNITED STATES DISTRICT JUDGE**